498 A.2d 868

**Donald L. ELLIS, et al., Petitioners,**

**v.**

**Alfred J. SHERMAN, et al.**

Supreme Court of Pennsylvania.

Oct. 4, 1985.

Petition for Allowance of Appeal GRANTED, No. 65 M.D. Appeal Docket 1985.